NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**NETAPP, INC.,**
*Appellant*

v.

**PROVEN NETWORKS, LLC,**
*Appellee*

_____

2022-1893

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01436.

_____

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                              NETAPP, INC. V. PROVEN NETWORKS, LLC

(2)  Each side shall bear their own costs.


                                    FOR THE COURT

October 3, 2022
       Date                         /s/ Peter R. Marksteiner
                                    Peter R. Marksteiner
                                    Clerk of Court


**ISSUED AS A MANDATE:** October 3, 2022